UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

S.H., and all others similarly situated, et al.,

    Plaintiffs,

-V-                                    Case No. 2:04-cv-01206
                                        JUDGE SMITH
                                        Magistrate Judge Kemp

Bob Taft, et al.,

    Defendants.

### ORDER

Plaintiffs filed this putative class action on December 20, 2004. On January 19, 2005, plaintiff filed a motion to certify class (Doc. 6). Defendants moved for and received several extensions of the deadline for responding to plaintiffs' motion to certify. To date, defendants have not filed a response to the motion. On July 29, 2005, by agreement of the parties, the Magistrate Judge entered an order staying this case until further notice to allow the parties to focus their efforts on settlement.

The Court **DENIES** plaintiffs' motion to certify class **WITHOUT**

1

**PREJUDICE TO REFILING** after the stay is lifted.

The Court **ADMINISTRATIVELY CLOSES** this case. The Court will lift the stay and restore this case to its active docket upon the motion of any party.

The Clerk shall remove Doc. 6 from the Court's pending CJRA motions list.

The Clerk shall remove this case from the Court's pending cases list.

**IT IS SO ORDERED.**

 /s/ George C. Smith
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**