UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **S.H. a minor child, and all others similarly situated, et al.,** | : | Case No. 2:04-cv-1206 |
| | : | |
| | : | JUDGE ALGENON L. MARBLEY |
| **Plaintiffs,** | : | |
| | : | **ORDER PRELIMINARILY APPROVING CLASS ACTION SETTLEMENT** |
| vs. | : | |
| | : | |
| **TOM STICKRATH,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

This matter is before the Court on the joint motion of the parties, pursuant to Fed. R. Civ. P. 23, to approve a proposed stipulated injunction with the Defendant in this case. Having reviewed this matter, it is hereby ORDERED:

1. <u>Preliminary Approval.</u>  The proposed stipulated injunction between Plaintiffs and Defendant Tom Stickrath appears, upon preliminary review, to be within the range of reasonableness and accordingly shall be submitted to the class members for their consideration and for a fairness hearing under Fed. R. Civ. P. 23(e).  The terms of the proposed stipulated injunction are attached as A-1.

2. <u>Hearing.</u>  A hearing shall be held in the Courtroom of District Judge Algenon L. Marbley, 85 Marconi Boulevard, Columbus, OH 43215 on ____ at ____m. to consider final approval of this stipulated injunction.

3. <u>Objections.</u>  All objections by members of the class to the proposed stipulated injunction must be filed with the Clerk of Court and postmarked no later than May 5, 2008.  At the hearing, the objections by class members shall be reviewed and considered by the Court.

2

4. <u>Notice.</u>  The class notice submitted by the parties and attached hereto as A- 2 is hereby approved.  The parties shall post the notice in the living units of all of the facilities operated by DYS, all DYS parole offices, and on its website.  Class Counsel shall also post the notice on their websites.

SO ORDERED.

                                                 _____
Algenon L. Marbley
United States District Judge
Southern District of Ohio