UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| S.H., et al., | : | Case No. 2:04 cv 1206 |
| Plaintiffs, | : | JUDGE ALGENON L. MARBLEY |
| vs. | : | **STIPULATED JUDGMENT ENTRY** |
| TOM STICKRATH, | : | |
| Defendant. | : | |

On May 16, 2008, Plaintiffs' filed their Motion for Attorney Fees and Expenses (Doc. 100). At the Fairness Hearing on May 21, 2008, this Court held that the Plaintiffs' hours and expenses were reasonable. Pursuant to the Court's instruction, the parties have verified that the PLRA hourly rate for attorney fees is $169.50.

Plaintiffs and Defendants have reached an agreement regarding the amount to be paid in attorney fees and expenses. Pursuant to the terms of the agreement, the Court orders that the Defendant shall pay to Gerhardstein & Branch for the benefit of all Class Counsel who were included in the motion for fees and expenses, the sum of two hundred nineteen thousand five hundred five dollars and twenty-seven cents ($219,505.27) in fees and expenses in satisfaction of the pending Motion.

The Parties request that this agreement be entered as a judgment entry.

Agreed

s/ J. Eric Holloway
J. ERIC HOLLOWAY (0063857)
Assistant Attorney General
Ohio Attorney General's Office
Corrections Litigation
150 E. Gay Street, 16th Floor
Columbus, OH 43215
(614) 644-7233

Counsel for Defendant Stickrath

s/ Alphonse A. Gerhardstein
ALPHONSE A. GERHARDSTEIN (0032053)
1409 Enquirer Building
617 Vine Street
Cincinnati, OH 45202
(513) 621-9100

Trial Attorney for Plaintiffs

SO ORDERED

ALGENON L. MARBLEY
United States District Judge

Dated 6/12/08