UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| S.H., a minor child and all others similarly situated, et al., : : | |
| : | Case No. 2:04-CV-1206 |
| Plaintiffs, : | |
| : | |
| v. : | |
| : | JUDGE ALGENON L. MARBLEY |
| : | |
| TOM STICKRATH, et al., : | |
| : | |
| Defendants. : | |

## ORDER

On August 27, 2009, this Court held a status conference with the parties in this case (the "*S.H. v. Stickrath*" case), the United States Department of Justice ("DOJ"), as interested party, and the court-appointed monitor Fred Cohen ("Monitor Cohen"). During the status conference, the DOJ stated that it had three issues with Monitor Cohen's Scioto JCF Report, filed with the Court on August 12, 2009.

It is hereby **ORDERED** that by 4:00 p.m. on September 21, 2009, the parties and DOJ submit a written report to the Court as to whether the following three issues can be resolved without Court intervention: dental health, training of staff for mental health, and substance abuse.

A telephonic status conference will be held on September 24, 2009 at 2:00 p.m. to discuss any remaining issues with the Scioto JCF Report.

**IT IS SO ORDERED.**

s/ Algenon L. Marbley
ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE

**Dated: August 31, 2009**