**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **S.H., a minor child and all others** | : | |
| **similarly situated, et al.,** | : | |
| | : | **Case No. 2:04-CV-1206** |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | |
| | : | **JUDGE ALGENON L. MARBLEY** |
| | : | |
| **TOM STICKRATH, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER RESETTING TIME FOR TELEPHONIC STATUS CONFERENCE

Due to a conflict with the Court's calendar, the Telehponic Status Conference in this case

is reset for **Septebmer 24, 2009** beginning at **1:30 p.m.** The Court will initiate the phone

conference, Trial Counsel for the respective parties are to be available by telephone.

**IT IS SO ORDERED.**


    **s/Algenon L. Marbley**
**UNITED STATES DISTRICT COURT**

**DATE: September 16, 2009**