IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO: |
| | ) 2:08-cv-475 |
| THE STATE OF OHIO, et al., | ) |
| | ) JUDGE ALGENON L. MARBLEY |
| Defendants. | ) |
| | ) |
| S.H., and all other similarly situated, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO: |
| | ) 2:04-cv-1206 |
| TOM STICKRATH, | ) |
| | ) JUDGE ALGENON L. MARBLEY |
| Defendant. | ) |

**JOINT NOTICE TO THE COURT REGARDING THE MONITOR'S RESIGNATION IN U.S. V OHIO**

The Parties in the above-captioned proceedings provide this Notice as referenced in the Joint Motion of September 29, 2009, (U.S. v. Ohio, Dkt. # 16) and in compliance with the Court's Order of October 5, 2009.  (U.S. v. Ohio, Dkt. # 18)  The Parties have been working diligently on a resolution to the monitoring issues in U.S. v. Ohio and are pleased to report that they have reached an agreement in principle on a proposed approach in which the Department of Justice will monitor compliance with the Stipulation in U.S. v. Ohio, using an expert consultant in juvenile justice agreed to by the Parties.  The Parties have provisionally identified an individual to serve as the expert consultant, subject to further vetting.  However, the Parties need

- 2 -

time to finalize the details of this agreement and present it to the Court for approval.  In compliance with the provisions of the U.S. v. Ohio Stipulation, the Parties' application to the Court shall be made no later than November 6, 2009, which is 30 days from the date of Mr. Cohen's resignation letter and consistent with the time frame provided in the Stipulation for replacing the Monitor.  (Dkt. # 6-2; Stipulation § V.A.)

Respectfully submitted this 9th day of October 2009,

FOR THE UNITED STATES

| | |
|---|---|
| CARTER M. STEWART | THOMAS E. PEREZ |
| United States Attorney | Assistant Attorney General |
| Southern District of Ohio | Civil Rights Division |
| 303 Marconi Boulevard | |
| Suite 200 | SHANETTA Y. CUTLAR |
| Columbus, OH  43215 | Chief |
| Telephone:  (614) 469-5715 | |
| | |
| | S/ Benjamin O. Tayloe, Jr. |
| MARK T. D'ALESSANDRO | BENJAMIN O. TAYLOE, JR. |
| Assistant United States Attorney | Special Counsel |
| Southern District of Ohio | |
| 303 Marconi Boulevard | SILVIA J. DOMINGUEZ |
| Suite 200 | VINCENT P. HERMAN |
| Columbus, OH  43215 | Trial Attorneys |
| Telephone:  (614) 469-5715 | Special Litigation Section |
| Facsimile:  (614) 469-5240 | Civil Rights Division |
| Email:  Mark.Dalessandro@usdoj.gov | U.S. Department of Justice |
| | 950 Pennsylvania Avenue, NW |
| | Washington, DC  20530 |
| | Telephone: (202) 514-8103 |
| | Facsimile: (202) 514-4883 |
| | Email: Benjamin.Tayloe@usdoj.gov |
| | Attorneys for Plaintiff |

- 3 -

FOR THE DEFENDANTS


 S/ J. Eric Holloway
J. ERIC HOLLOWAY
Assistant Attorney General
Criminal Justice Section
Ohio Attorney General Richard Cordray
150 East Gay Street, Suite 1600
Columbus, OH  43215
(614)-644-7233
Fax: (866) 459-6675
Email:  Eric.Holloway@OhioAttorneyGeneral.gov

- 4 -

FOR THE PLAINTIFFS IN <u>S.H. V. STICKRATH</u>


 <u>S/ Alphonse Adam Gerhardstein</u>
ALPHONSE ADAM GERHARDSTEIN
Gerhardstein & Branch Co. LPA
432 Walnut Street #400
Cincinnati OH 45202
(513)-621-9100
Fax:  (513)-345-5543
Email:  agerhardstein@GBfirm.com

- 5 -

## CERTIFICATE OF SERVICE

I hereby certify that on **October 9, 2009**, I electronically filed this submission with the Clerk of the Court using the ECF system and have caused copies of the same to be transmitted by U.S. and electronic mail to:

J. Eric Holloway
Assistant Attorney General
Criminal Justice Section
Ohio Attorney General Richard Cordray
150 East Gay Street, Suite 1600
Columbus, OH  43215
(614)-644-7233
Fax: (866) 459-6675
Email:  Eric.Holloway@OhioAttorneyGeneral.gov

Alphonse Adam Gerhardstein
Gerhardstein & Branch Co. LPA
617 Vine Street #1409
Cincinnati, OH  45202
(513)-621-9100
Fax:  (513)-345-5543
Email:  agerhardstein@GBfirm.com

Fred Cohen, Esq.
Court Monitor
9771 East Vista Montanas
Tucson, Arizona 85749
Email: Fredlaw97@aol.com

 S/ Benjamin O. Tayloe, Jr.
Benjamin O. Tayloe, Jr.
Special Counsel
U.S. Department of Justice
Special Litigation Section
950 Pennsylvania Avenue, N.W.
Washington, D.C.  20530
(202)-514-8103