IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| S.H., and all other similarly situated, et al., : : : | |
| Plaintiffs, : : | Case No. 2:04-CV-1206 |
| v. : : | JUDGE ALGENON L. MARBLEY |
| TOM STICKRATH, : : | |
| Defendant. : | |

## ORDER

This matter is before the Court on Plaintiffs' Motion for Specific Performance to Secure Compliance with Stipulation Terms Regarding Education and Related Matters (Doc. 164.) On March 15, 2010, Plaintiffs moved this Court for an Order declaring, "as a way to guide the parties going forward... that para 156 b [of the Stipulation in *S.H. v. Stickrath*,] permits plaintiffs, at their sole discretion, to determine whether a disputed matter may be submitted to the monitor for a binding ruling." (Doc. 164 Pl. Motion.) It is hereby **ORDERED** that the Defendant submit any response to Plaintiffs' Motion by March 24, 2010.

**IT IS SO ORDERED.**

                                               s/Algenon L. Marbley
                                               **ALGENON L. MARBLEY**
                                               **UNITED STATES DISTRICT JUDGE**

**DATED: March 17, 2010**