IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO: |
| ) | 2:08-cv-475 |
| THE STATE OF OHIO, et al., ) | |
| ) | JUDGE ALGENON L. MARBLEY |
| Defendants. ) | |
| _____ ) | |
| | |
| S.H., and all other similarly situated, ) | |
| et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO: |
| ) | 2:04-cv-1206 |
| TOM STICKRATH, ) | |
| ) | JUDGE ALGENON L. MARBLEY |
| Defendant. ) | |
| _____ ) | |

## ORDER

On June 4, 2010, this Court issued an Order requiring Defendants to show cause as to why they should not be held in contempt for submitting false and or inaccurate data pursuant to an Order of this Court. The Court scheduled a contempt hearing for July 1, 2010.

It is hereby **ORDERED** that Amy Ast, Christine Money, Barbara Moore, and Marci Sutherland, all employed with DYS and present at the February 24, 2010 Status Conference, be present at the Show Cause Hearing and be prepared to respond to the Court's inquiries relating to

the subject matter of the Show Cause Hearing. It is further **ORDERED** that by Monday, June 21, 2010, the Ohio Department of Youth Services ("DYS") submit any investigatory reports, including but not limited to written findings and conclusions, concerning the policy of denying meals to youth when they refused to leave their rooms to eat in the facility dining room or cafeteria (the "Meal Refusal Policy"). DYS should also submit all internal correspondence and emails related to the Meal Refusal Policy.

**IT IS SO ORDERED.**

                                                                                  s/Algenon L. Marbley  
                                                                                **ALGENON L. MARBLEY**  
                                                                                **UNITED STATES DISTRICT JUDGE**

**DATED: June 14, 2010**