IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**        )<br>                                                                )<br>     **Plaintiff,**                                   )<br>                                                                )<br>                        v.                              )<br>                                                                )<br>                                                                )<br>**THE STATE OF OHIO, et al.,**               )<br>                                                                )<br>     **Defendants.**                             )<br>  ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯  ) | **CIVIL ACTION NO:**<br>  **2:08-cv-475**<br><br>**JUDGE ALGENON L. MARBLEY** |
| **S.H., and all other similarly situated,**  )<br>**et al.,**                                               )<br>                                                                )<br>     **Plaintiffs,**                                )<br>                                                                )<br>                        v.                              )<br>                                                                )<br>                                                                )<br>**TOM STICKRATH,**                           )<br>                                                                )<br>     **Defendant.**                              )<br>  ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯  ) | **CIVIL ACTION NO:**<br>  **2:04-cv-1206**<br><br>**JUDGE ALGENON L. MARBLEY** |

## ORDER SETTING STATUS CONFERENCE

This case is set for Status Conference on **Tuesday, June 22, 2010,** beginning at **3:30 p.m.** in the Court's Chambers, Room 319.  Only Trial Counsel for the respective parties are to appear and bring their calendars.

At the Status Conference, the Court will address issues surrounding Defendants' compliance with this Court's Order to submit investigatory reports, internal correspondence, and emails related to the Meal Refusal Policy. The Court's Order required production of these documents by no later than June 21, 2010.  The deadline for Defendants to produce these documents is hereby extended to a later date, which will be determined at the status conference.

This Order supersedes any prior orders setting a status conference.

   **IT IS SO ORDERED.**


                **s/Algenon L. Marbley**
                **ALGENON L. MARBLEY, JUDGE**
                **United States District Court**

**DATE: June 17, 2010**