# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| S.H., a minor child and all others similarly situated, et al., | : : : | |
| | : | Case No. 2:04-CV-1206 |
| Plaintiffs, | : : | |
| | : | JUDGE ALGENON L. MARBLEY |
| v. | : : | |
| TOM STICKRATH, et al., | : : | |
| Defendants. | : : | |

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

This case is set for a Telephonic Status Conference on **Wednesday, October 5, 2011** beginning at **4:30 p.m.**  Mr. Harrell's conference line will be used for any parties participating by telephone.  Anyone still needing access to the passcode, please contact Will Harrell directly.  Trial Counsel for the respective parties and the Monitor, Will Harrell, are required to participate by phone.

This Order supersedes any prior orders setting a status conference.

**IT IS SO ORDERED.**

    s/Algenon L. Marbley
**UNITED STATES DISTRICT COURT**

**DATE: September 30, 2011**