IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| S.H., a minor child and all others similarly situated, et al., | : :  |
| Plaintiffs, | : Case No. 2:04-CV-1206 : |
| | : JUDGE ALGENON L. MARBLEY |
| v. | : : |
| HARRY J. REED, | : : |
| Defendant. | : |

## ORDER

In conjunction with the preliminary injunction hearing set for **November 21, 2011**, the Court hereby sets the following briefing schedule.

| | |
|---|---|
| October 31, 2011 | Opening briefs in support of the preliminary injunction are due. |
| November 7, 2011 | Reply briefs are due. |
| November 21, 2011 | Preliminary Injunction Hearing **at 9:00 a.m.** before the Honorable Alegenon L. Marbley, United States District Court, 95 Marconi Boulevard, Columbus Ohio, Court Room 1, Room 331 |

This order supersedes all previous orders in this case to the extent previous orders are inconsistent with this order.

The parties shall address questions about this order to the Court's Law Clerk, Lauren Hilsheimer, at 614-719-3263, by way of a telephone conference with counsel for all parties participating, or with fewer than all counsel participating with express permission of non-participating counsel.

**IT IS SO ORDERED.**

    s/Algenon L. Marbley
**Algenon L. Marbley**
**United States District Court Judge**

**DATED: October 18, 2011**