# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| S.H., a minor child and all others similarly situated, et al., : : | |
| : | Case No. 2:04-CV-1206 |
| Plaintiffs, : | |
| : | JUDGE ALGENON L. MARBLEY |
| v.  : | |
| : | |
| HARVEY J. REED, : | |
| : | |
| Defendant. : | |

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

This case is set for a Telephonic Status Conference on **Wednesday, December 14, 2011,** beginning at **2:00 p.m.**  Mr. Will Harrell's conference line will be used as the call-in line. Anyone still needing access to the passcode, please contact Mr. Harrell directly.  Trial Counsel for the respective parties and Mr. Harrell are required to participate by phone.

During the Telephone Status Conference, the Court will address issues related to the Joint Motion for Stipulation and Agreed Injunction and amendment of the DYS Policies 301.05 and 301.14, along with any issues necessary for a speedy and just resolution of the pending action. This Order supersedes any prior orders setting a status conference.  The conference is not expected to exceed thirty minutes in length.

**IT IS SO ORDERED.**

  s/Algenon L. Marbley
ALGENON L. MARBLEY, JUDGE
United States District Court

**DATE: December 13, 2011**