IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| S.H., a minor child and all others similarly situated, et al., | : : : | Case No. 2:04-CV-1206 |
| Plaintiffs, | : : | JUDGE ALGENON L. MARBLEY |
| v. | : : | |
| HARVEY J. REED, | : : | |
| Defendant. | : | |

**ORDER**

This case is set for an in-Chambers Meeting on **Thursday, March 22, 2012** beginning at **10:00 a.m.** in the Court's Chambers, Room 319.  The Court has directed certain individuals to appear in person.  Any individuals who were directed by the Court to participate by phone should contact Chambers at (614) 719-3260 for the call-in information.   The meeting is not expected to exceed an hour in length.

**IT IS SO ORDERED.**

                                           s/Algenon L. Marbley
                                           **ALGENON L. MARBLEY, JUDGE**
                                           **United States District Court**

**DATE: March 21, 2012**