UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| S.H., et al., | : | Case No. 2:04 cv 1206 |
| | : | |
| Plaintiffs, | : | JUDGE ALGENON L. MARBLEY |
| | : | |
| vs. | : | |
| | : | **STIPULATED JUDGMENT** |
| HARVEY J. REED, | : | **ENTRY FOR FEES INCURRED** |
| | : | **BY CLASS COUNSEL FOR** |
| Defendant. | : | **PERIOD 2/1/11 – 1/31/12** |

Plaintiffs and Defendant have reached an agreement regarding the amount to be paid to Class Counsel in attorney fees and expenses for the period February 1, 2011 through January 31, 2012. Pursuant to the terms of that agreement, the Court orders that the Defendant shall pay to Gerhardstein & Branch Co. LPA for the benefit of all Class Counsel, the sum of one hundred thirteen thousand eighty-six dollars ($113,086.00) in fees and expenses. Neither party waives any rights with respect to future applications for fees and expenses. The parties request that this agreement be entered as a judgment entry.

SO ORDERED:

_____
ALGENON L. MARBLEY
United States District Judge

Agreed:

| | |
|---|---|
| s/ Alphonse A. Gerhardstein | s/ Mindy Worly |
| ALPHONSE A. GERHARDSTEIN | MINDY WORLY |
| (Ohio Bar No. 0032053) | (Ohio Bar No. 0037395) |
| Trial Attorney for Plaintiffs | Principal Assistant Attorney General |
| Gerhardstein & Branch Co. LPA | Criminal Justice Section |
| 432 Walnut Street, Suite 400 | 150 East Gay Street, 16th Floor |
| Cincinnati, Ohio 45202 | Columbus, Ohio 43215 |
| (513) 621-9100 | (614) 644-7233 |
| (513) 345-5543 fax | Fax: (614) 728-9327 |
| agerhardstein@gbfirm.com | Mindy.worly@ohioattorneygeneral.gov |
| COUNSEL FOR PLAINTIFFS | COUNSEL FOR DEFENDANT |